# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ORTIZ, | CV F  05-00213 OWW DLB HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO RE-FILE PETITIONER'S MOTION FILED ON AUGUST 8, 2005 |
| v. | |
| | [Doc. 5] |
| A. A. LAMARQUE, Warden, | |
| Respondent. | |

    Pursuant to Magistrate Judge Theresa A. Goldner's April 25, 2005, order, this action was consolidated with case number <u>Ortiz v. Lamarque</u>, 03-CV-6303 AWI TAG HC.  Despite the consolidation order, Petitioner filed a motion in this case on August 8, 2005.  (Court Doc. 5.)

    Because this action was consolidated with case number 03-CV-6303, all documents must be filed in that case with that case number.  Accordingly, the Clerk of Court is directed to re-file Petitioner's August 8, 2005, motion at Court Document 5, in case number 03-CV-6303 AWI TAG HC.

    IT IS SO ORDERED.

Dated:   August 16, 2005              /s/ Dennis L. Beck
3b142a                                UNITED STATES MAGISTRATE JUDGE